NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-1379

### SYSTORE COMPANIES, INC.
(doing business as Advanced Communications Systems),

Appellant,

v.

### Robert M. Gates, SECRETARY OF DEFENSE,

Appellee.

Appeal from the Armed Services Board of Contract Appeals in no 52592, Administrative Judge Monroe E. Freeman, Jr.

ON MOTION

O R D E R

Upon consideration of Systore Companies, Incorporated's motion for leave to file a corresponding brief on CD-ROM,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUL 0 1 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Cyrus E. Phillips, IV, Esq.
     Jeanne E. Davidson, Esq.

s8

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 0 1 2009

JAN HORBALY
CLERK